RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Nevada State Bar No. 16581
200 South Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451
Sean_McClelland@fd.org

Attorney for JORGE ENRIQUEZ, JR.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JORGE ENRIQUEZ, JR.,

Defendant.

Case No. 3:25-cr-00026-MMD-CLB

**MOTION TO DISMISS OR DISQUALIFY U.S. ATTORNEY'S OFFICE**[1]

Sigal Chattah is not properly serving as the U.S. Attorney. *See, e.g.*, Mot. Dismiss or Disqualify, *United States v. Garcia*, No. 2:25-cr-230-RFB-BNW, ECF No. 18-1 at 13–43 (Aug. 25, 2025), attached here as Ex. A. That deficiency warrants relief: dismissal of the indictment or, at a minimum, disqualification of Ms. Chattah and all those she supervises. *Id.* at 43–49.

To that end, the Federal Public Defender's Office has filed motions to dismiss or disqualify the U.S. Attorney's office in other cases indicted after Mr. Chattah's "interim" term ran on July 26, 2025. The arguments are laid out in the following filings:

- *United States v. Garcia*, No. 2:25-cr-230-RFB-BNW, ECF No. 18-1 (Aug. 25, 2025);

[1] This motion is timely filed. *See* LCR 12-1.

- *United States v. Jackson*, No. 2:25-cr-240-GMN-BNW, ECF No. 21-1 (Aug. 25, 2025); and
- *United States v. Salazar Del Real*, No. 2:25-cr-227-JAD-BNW, ECF No. 21-1 (Aug. 25, 2025).

Mr. Enriquez incorporates the arguments presented in those motions by reference here.

Indeed, Mr. Enriquez's case particularly warrants dismissal. The entire investigation here occurred while Ms. Chattah was improperly serving as U.S. Attorney. *See* ECF No. 11 (alleged events occurred on July 27, 2025; investigation allegedly post-dated that). The complaint here was likewise secured during that improper service. *See id.* (complaint filed August 4). So was the indictment. *See* ECF No. 17 (indictment filed August 28). Each of those steps involved an improperly-appointed lead federal prosecutor and her supervisees. So this prosecution is particularly suspect.

Accordingly, the Court should dismiss the indictment here with prejudice. Alternatively, it should dismiss the indictment without prejudice or, at a minimum, disqualify the U.S. Attorney's Office for the District of Nevada from prosecuting Mr. Enriquez.

Dated: August 28, 2025.

RENE L. VALLADARES
Federal Public Defender

By: */s/ Sean A. McClelland*

SEAN A. MCCLELLAND
Assistant Federal Public Defender