SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264
ADAM FLAKE
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Adam.Flake@usdoj.gov
Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JORGE ENRIQUEZ,

Defendant.

Case No.: 3:25-CR-00026-MMD-CLB

**NOTICE OF APPEARANCE**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby notifies the Court that ADAM FLAKE, Assistant United States Attorney has been assigned as counsel in the above captioned case.

Dated this 2nd day of September 2025.

Respectfully Submitted,

SIGAL CHATTAH
Acting United States Attorney

*/s/ Adam Flake*
ADAM FLAKE
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the United States Attorney's Office. A copy of the foregoing **NOTICE OF APPEARANCE** was served upon counsel of record, via Electronic Case Filing (ECF).

**DATED**: September 2, 2025.

/s/ *Adam Flake*

ADAM FLAKE
Assistant United States Attorney

Attorneys for Plaintiff
United States of America