RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Nevada State Bar No. 16581
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Sean_McClelland@fd.org

Attorney for JORGE ENRIQUEZ, JR.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JORGE ENRIQUEZ, JR.,

Defendant.

Case No. 3:25-cr-00026-DGC-CLB-1

**STIPULATION TO EXTEND BRIEFING SCHEDULE RE: MOTION FOR DISTRICT JUDGE REVIEW OF MAGISTRATE JUDGE'S DETENTION ORDER**

(First Request)

IT IS HEREBY STIPULATED AND AGREED, by and between SIGAL CHATTAH, Acting United States Attorney, and RANDOLPH J. ST. CLAIR, counsel for the United States of America, and RENE L. VALLADARES, Federal Public Defender, and SEAN A. MCCLELLAND, Assistant Federal Public Defender, counsel for JORGE ENRIQUEZ, JR., that the government's response deadline to defendant's Motion for District Judge Review of Magistrate Judge's Detention Order be extended to September 22, 2025, and defendant's reply be extended to September 29, 2025.

This is the first request for an extension of the briefing schedule.

1. Counsel needs additional time to review and brief Mr. Enriquez's motion.
2. Counsel for government has represented to the defense that it plans to provide discovery related to its proffer at the magistrate judge's detention hearing.

3. Resolution of Mr. Enriquez's pending motion to dismiss or to disqualify (which this Court has indicated it intends to resolve by the end of September, *see, e.g.*, Order Setting Status Conference, *United States v. Garcia*, No. 2:25-cr-00230-DGC-BNW, ECF No. 22 (Sept. 2, 2025)) may also moot Mr. Enriquez's motion for district judge review of the magistrate judge's detention order.

4. Mr. Enriquez is in custody but consents to this brief extension of briefing deadlines.

DATED this 8th day of September, 2025.

RENE L. VALLADARES
Federal Public Defender

By: _/s/ Sean A. McClelland_______
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Counsel for JORGE ENRIQUEZ, JR.

SIGAL CHATTAH
Acting United States Attorney

By: __/s/ Randolph J. St. Clair____
RANDOLPH J. ST. CLAIR
Assistant United States Attorney
Counsel for the Government

**IT IS SO ORDERED.**

**DATED** this _______ day of September, 2025.

______________________________________
UNITED STATES MAGISTRATE JUDGE